396 A.2d 48

Commonwealth v. Rucker, Appellant.

Submitted March 15, 1978. Robert N. Tarman, First Assistant Public Defender, for appellant; W. Wayne Punshon, Deputy District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN J., did not participate in the consideration or decision of this case.